FILED

17 JAN 23 AM 11:18

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 16CR3039-CAB |
|---|---|
| Plaintiff, | **JUDGMENT AND ORDER GRANTING UNITED STATES' MOTION TO DISMISS WITHOUT PREJUDICE** |
| v. | |
| GEORGE BRIAN HUNT, | |
| Defendant. | |

**IT IS HEREBY ORDERED**, upon motion by the United States, that the indictment in the above-captioned case is dismissed without prejudice for the reasons stated in the United States' Motion to Dismiss and in the interest of justice.

**SO ORDERED.**

Dated: 1/23/17

_____
HONORABLE CATHY ANN BENCIVENGO
United States District Judge